IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:05CR194** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **AMENDED ORDER** |
| | ) | |
| **JAMES EDWARDS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion for reconsideration of his sentence (Filing No. 40).[1]

On June 22, 2009, the Defendant was sentenced on a supervised release violation to 8 months imprisonment and 52 months supervised release. (Filing No. 38.) The Defendant now asks for reconsideration of his sentence in light of U.S.S.G. § 7B1.3(c)(2) (stating that, where the minimum term of imprisonment is more than 6 but less than 10 months, the minimum term may be satisfied by one-half of the minimum term spent in prison and the other half in community confinement or home detention).

The Defendant's motion for reconsideration is denied for the reasons stated in the adjustment report and at the hearing on the violation.

IT IS ORDERED:

1. The Defendant's motion for reconsideration of his sentence (Filing No. 40) is denied; and

2. The Clerk is directed to mail a copy of this order to the Defendant at his last known address.

DATED this 23rd day of July, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge

---

[1] The Defendant specifically states that he does not wish to appeal his sentence.