IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:05CR194 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **JAMES EDWARDS,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion to appoint counsel and for reconsideration of his sentence (Filing No. 44).

IT IS ORDERED:

1. The Defendant's motion to appoint counsel and for reconsideration of his sentence (Filing No. 44) is denied; and

2. The Clerk is directed to mail a copy of this order to the Defendant at his last known address.

DATED this 17th day of August, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge